

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00048-CR

| | | |
|---|---|---|
| Gilbert Junior Collins a/k/a Gilbert Jouinor Collins | § | From Criminal District Court No. 3 |
| | § | of Tarrant County (1324831D) |
| | § | April 23, 2015 |
| v. | § | Opinion by Justice Dauphinot |
| | § | Concurrence by Chief Justice Livingston |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot